## YOUNG v. YOUNG.

(Decided January 18, 1917.)

APPEAL from Barbour Circuit Court.

Heard before Hon. J. S. WILLIAMS.

No counsel marked for appellant. GEO. W. PEACH, for appellee.

Per curiam. Appeal dismissed for want of prosecution.

---

## HEARIL v. THE STATE.

(Decided February 10, 1917.)

APPEAL from Gadsden City Court.

Heard before Hon. JAMES A. BILBRO.

THOS. H. STEPHENS, and J. D. GILES, for appellant. W. L. MARTIN, Attorney General, for the State.

BRICKEN, J.—The bill of exceptions stricken because not presented within 90 days, and there being no error of record the cause is affirmed.